IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAO TUAN DIEP, #A017436055, | § § § | |
| Petitioner, | § § | No. 3:25-cv-900-K |
| V. | § § | |
| WARDEN, PRAIRIELAND DETENTION CENTER, ET AL., | § § § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING A CERTIFICATE OF APPEALABILITY**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed July 14th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1