IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAO TUAN DIEP, | § | |
| #A017436055, | § | |
| | § | |
| Petitioner, | § | |
| | § | No. 3:25-cv-900-K |
| V. | § | |
| | § | |
| WARDEN, PRAIRIELAND | § | |
| DETENTION CENTER, ET AL., | § | |
| | § | |
| Respondent. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED and DECREED that the construed application for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Signed July 14th, 2025.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE